No. 517. McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* EKBERG.

Argued April 28, 1952. Decided June 9, 1952. *Per Curiam:* The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with directions to dismiss the petition for

writ of habeas corpus upon the ground that the cause is moot. *Doris H. Maier,* Deputy Attorney General of California, argued the cause for petitioners. With her on the brief were *Edmund G. Brown,* Attorney General, and *Clarence A. Linn,* Assistant Attorney General. *Allan L. Sapiro* argued the cause and filed a brief for respondent.